**FILED**

JAN 15 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY CLERK

United States District Court
Western District of Texas
San Antonio Division

United States of America,
   Plaintiff,

v.

No. SA-19-CR-788-FB

Keith Alan Seguin (1),
David Joseph Bolduc, Jr. (2),
Quantadyn Corporation (3), and
Rubens Wilson Fiuza Lima (4),
   Defendants.

### Government's Motion to Unseal the Indictment

The government respectfully requests an order unsealing the indictment. Because the government is now prepared to serve the arrest warrants and summonses on the defendants, sealing is no longer necessary.

Respectfully submitted,

John F. Bash
United States Attorney

By: _____
Alan M. Buie
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)